AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Leticia Vilhena Ferreira (AKA: Vilhena Ferreira)

Defendant

)
)
)
)
)
)
)

Case: 1:22-mj-00027
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/14/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Leticia Vilhena Ferreira,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1752(a)(1) and (a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
40 U.S.C. § 5104(e)(2)(D) and (e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/14/2022

Zia M. Faruqui
2022.02.14
15:38:59 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/14/2022, and the person was arrested on *(date)* 02/16/2022
at *(city and state)* Indian Head Park, IL.

Date: 02/16/2022

*Arresting officer's signature*

Khalid Bin-Walid Task Force Officer
*Printed name and title*