# IN THE DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 22-mj-00027-RMM |
| | : | |
| LETICIA VILHENA FERREIRA, | : | VIOLATIONS: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing |
| Defendant. | : | in a Capitol Building) |
| | : | |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **LETICIA VILHENA FERREIRA**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481 052

By: /s/ Michael W. Mitchell
Michael W. Mitchell
Assistant United States Attorney
Texas Bar No. 24037126
Capitol Riot Detail
District of Columbia
(208) 676-7341
Mike.mitchell@usdoj.gov