IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: |
| | : | |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| LETICIA VILHENA FERREIRA | : | (Parading, Demonstrating, or Picketing in the Capitol Building) |
| | : | |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Leticia Vilhena Ferreira, with the concurrence of her attorney, agree and stipulate to the factual basis below for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Page 1 of 5

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Ferreira's Participation in the January 6, 2021, Capitol Riot*

8. Leticia Vilhena Ferreira, a citizen of Brazil, traveled from Chicago, Illinois, to Washington, D.C. to attend the rally that former President Donald Trump held on January 6, 2021. After arriving in the District of Columbia, Ferreira attended the Trump-organized rally. After the rally, Ferreira walked towards the west-side of the U.S. Capitol building with others. Ferreira stopped near the stairs leading up to the U.S. Capitol building, which was within the area closed to the public during the certification of the Electoral College vote.

9. Ferreira moved with the crowd up the U.S. Capitol steps and entered the U.S. Capitol building at the Senate Wing Door just before 2:15 pm and made her way to the Crypt. Ferreira moved from the Crypt to the U.S. Capitol Rotunda and the Rotunda foyer. Ferreira

moved in and out of the Rotunda taking photos or video. From there, Ferreira descended a stairway and moved back into and through the Crypt. Ferreira then moved into a packed crowd of rioters gathered just inside the Senate Wing Door. Ferreira maneuvered through the crowd and exited the U.S. Capitol building just after 2:59 pm, after spending approximately 45 minutes inside the U.S. Capitol building.

10. On April 2, 2021, agents interviewed Ferreira at her home in Indian Head Park, Illinois. Ferreira was cooperative and admitted that she was in the U.S. Capitol building and voluntarily shared the pictures and videos that she recorded on January 6, 2021, including many within the U.S. Capitol building. One of the videos, recorded shortly after Ferreira entered the Senate Wing Door, shows that alarms were sounding within the U.S. Capitol building at the time she was inside.

11. Ferreira knew at the time she entered the U.S. Capitol building that she did not have permission to enter the building and she paraded, demonstrated, or picketed.

Respectfully submitted,

Matthew M. Graves
United States Attorney
District of Columbia

By: /s/ Michael W. Mitchell
MICHAEL W. MITCHELL
Assistant United States Attorney
Texas Bar No. 24037126
555 4th Street, N.W.
Washington, D.C. 20530

## DEFENDANT'S ACKNOWLEDGMENT

I, Leticia Vilhena Ferreira, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 06/07/2022    LETICIA VILHENA FERREIRA
Leticia Vilhena Ferreira
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6/7/2022
Lionel Andre
Attorney for Defendant