**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| | : | |
| v. | : | **Case No.:  1:22-cr-00210-TSC** |
| | : | |
| **LETICIA VILHENA FERRERIA,** | : | |
| | : | |
| **DEFENDANT.** | : | |
| ———————————————————: | | |

**UNOPPOSED MOTION FOR THE TEMPORARY RELEASE**
**OF DEFENDANT'S SURRENDERED PASSPORT**

Defendant Leticia Vilhena Ferreira, through counsel, respectfully moves this Court for an order to temporarily release Ms. Ferreira's surrendered passport for use as identification for travel to Washington, D.C. to attend her sentencing hearing on September 14, 2022.  Defense counsel has informed the United States Attorney's Office of the substance of the instant motion.  The Government does not oppose the instant motion. As noted in the Pre-Sentence Investigation Report, Ms. Ferreira is in full compliance and has met all the conditions during pre-trial release. In support of the motion, the defense states as follows:

**I. BACKGROUND**

Ms. Ferreira was arrested on February 16, 2022.  As a condition of her release, Ms. Ferreira surrendered her passport to Pretrial Services. On June 22, 2022, Ms. Ferreira plead guilty to one count of Parading, Demonstrating, or Picketing in a Capitol Building (Count 1 of the Information) pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). This offense carries a maximum term of imprisonment of six months pursuant to 40 U.S.C. §§5104(e)(2)(G) and 5109(b); a maximum

fine of $5,000 pursuant to 18 U.S.C. §3571(b). Ms. Ferreira is scheduled for sentencing before this Court on September 14, 2022.

Ms. Ferreira is a Brazilian citizen who is in the United States on a temporary work Visa. Her primary form of identification is her passport.  As stated above, she surrendered her passport to Pretrial Services as one of her conditions of pretrial release.  Ms. Ferreira does have an Illinois driver's license with "Federal Limits" stamped on it.   That license expired on July 10, 2022. Although TSA rules permit the use of expired drivers licenses, with certain restrictions, as a form of identification for travel, Ms. Ferreira is not a United States citizen, and has the "Federal Limits" stamped on her expired license.  TSA Security Officers are too unpredictable at the airports.  Out of an abundance of caution, and to ensure her appearance for sentencing, Ms. Ferreira needs her passport to travel to Washington, D.C.

## II. RELEASE OF PASSPORT IS APPROPRIATE IN THIS CASE

This Court has the authority to modify Ms. Ferreira's conditions of pretrial release.  In the instant case, modifying her condition of pretrial release to permit the temporary return of her passport is appropriate.  Ms. Ferreira is not a flight risk.  She has been and continues to be in full compliance with all conditions of her pretrial release. She has no prior contact with the criminal justice system.  The maximum sentence that she is facing is six months in prison.  Both of her parents reside in the United States, she owns the condominium where she resides in Illinois, and has her dream job in Illinois as an environmental engineer.  The government does not oppose the temporary release of her passport.

### III.     CONCLUSION

Ms. Ferreira has already taken responsibility for her actions and pled guilty to a misdemeanor offense.   She has complied with all conditions of her pre-trial release, has no history of violence or drug/alcohol abuse, and poses no risk to public safety. She wants to come to Washington, D.C. to accept her punishment and to put this traumatic ordeal behind her. The government does not object to the temporary release of Ms. Ferreira's passport.

In short, there is minimal risk to granting the motion to order Pretrial Services to return Ms. Ferreira's passport to her.  Ms. Ferreira is prepared to return the passport to the Clerk of the Court at the conclusion of her travel to Washington, D.C.

Accordingly, Defense counsel respectfully request that the instant unopposed motion be granted.

Dated: September 9, 2022                    Respectfully submitted,

                                            *Lionel André*

                                            Lionel André
                                            SECIL Law, PLLC
                                            1701 Pennsylvania Avenue, NW
                                            Suite 200
                                            Washington, D.C. 20006
                                            landre@secillaw.com
                                            (703) 304-6529
                                            *Attorney for Leticia Vilhena Ferreira*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, I caused a true and correct copy of the

foregoing motion to be served via the Court's ECF system to all counsel of record in this matter.

/s/ Lionel André_____