**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **LETICIA VILHENA FERRERIA**, <br><br> Defendant. | Criminal Action No. 22-cr-00210 (TSC) |

**ORDER**

As part of the conditions of her release, Defendant Leticia Vilhena Ferreria was ordered to surrender her passport to the United States Probation Office in the Northern District of Illinois. *See* Order Setting Conditions of Release, ECF No. 6 at 2. Ferreria has moved to temporarily lift this condition so that she may fly from Illinois to attend her sentencing hearing set for September 14, 2022. *Motion for the Temporary Release of Defendant's Surrendered Passport* at 2, ECF No. 37. The Government does not oppose this motion. *Id.* at 1.

The court **GRANTS** this motion. The United States Probation Office—or whatever agency has possession of Ferreria's passport—is hereby **ORDERED** to return that passport to Ferreria for the sole purpose of her travel to and from Washington, D.C. to attend her sentencing hearing. It is further **ORDERED** that Ms. Ferreria must immediately surrender her passport upon her prompt return to the Northern District of Illinois following sentencing.

Date: September 10, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge