# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : Case No.: 1:22-cr-00210-TSC |
| LETICIA VILHENA FERRERIA, | : |
| DEFENDANT. | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Leticia Vilhena Ferreira's Motion Requesting to Appear Remotely for Sentencing Hearing, the Court finds that the use of video conferencing for the instant misdemeanor sentencing hearing is appropriate and hereby:

ORDERS that defense counsel and Ms. Leticia Vilhena Ferreira shall participate in the sentencing hearing before this Court on September 14, 2022, at 12:00 p.m., via video conferencing.

**SO ORDERED**.

September     , 2022.

_____
Tanya S. Chutkin
U.S. District Court Judge for the
District of Columbia