UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LETICIA VILHENA FERRERIA, <br><br> Defendant. | Criminal Action No. 22-cr-00210 (TSC) |

### ORDER

Defendant's *Motion for Leave to Appear by Telephone or Videoconference*, ECF No. 39, is hereby **DENIED**. The crime of which Ms. Ferreira was convicted took place in the District of Columbia, just one block away from where this court sits. Yet in the seven months that this case has been on the docket, Ms. Ferreira has not once returned to the District as a part of these proceedings. Others convicted of similar crimes have similarly been required to return to Washington, D.C. for sentencing rather than proceed by video. *See, e.g.*, Oct. 28, 2021 Min. Order, *United States v. Pert et al.*, No. 21-cr-00139 (TNM) (D.D.C. Feb. 19, 2021) ("Defendants found the means to travel to Washington, D.C. to commit the crime to which they have pled guilty. Defendants can therefore find the means to return to Washington, D.C. to be held accountable for this crime."). Ms. Ferreira should not be an exception because "[t]he sentencing hearing is for a misdemeanor offense [and] Ms. Ferreira has no prior contact with the criminal justice system." *See Mot.* at ¶ 8.

The court instead **VACATES** the sentencing hearing currently scheduled for September 14, 2022. The parties are directed to meet and confer and submit a proposed date for a new in-person sentencing hearing no later than **September 16, 2022**.

Moreover, Ms. Ferreria is currently in possession of her passport, pursuant to the court's September 10, 2022 Order. *See* ECF No. 38. That Order is hereby **VACATED**: Ms. Ferreria is hereby **ORDERED** to return her passport to the United States Probation Office in the Northern District of Illinois—or whatever other agency previously had possession of her passport—immediately.

Date: September 13, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge