UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **LETICIA VILHENA FERREIRA**, <br><br> Defendant. | Criminal Action No. 22-cr-00210 (TSC) |

### ORDER

As part of the conditions of her release, Defendant Leticia Vilhena Ferreira was ordered to surrender her passport to the United States Probation Office in the Northern District of Illinois. *See* Order Setting Conditions of Release, ECF No. 6 at 2.  Ferreira has moved to temporarily lift this condition so that she may fly from Illinois to attend her sentencing hearing set for October 6, 2022. *See Motion for the Temporary Release of Defendant's Surrendered Passport* at 2, ECF No. 41.  The Government does not oppose this motion. *Id.* at 3.

The court **GRANTS** this motion.  The United States Probation Office—or whatever agency has possession of Ferreira's passport—is hereby **ORDERED** to return that passport to Ferreira for the sole purpose of her travel to and from Washington, D.C. to attend her sentencing hearing.  It is further **ORDERED** that Ms. Ferreira must immediately surrender her passport upon her prompt return to the Northern District of Illinois following sentencing.

Date: October 3, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge