UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>LETICIA VILHENA FERRERIA,<br><br>DEFENDANT. | :<br>:<br>:<br>:<br>:  Case No.: 1:22-cr-00210-TSC<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER**

Upon consideration of Defendant Leticia Vilhena Ferreira's Motion for the Release of Defendant's Surrendered Passport, the Court modifies Ms. Ferreira's conditions of release and hereby:

**ORDERS** the custodian of her surrendered passport to return Ms. Ferreira's passport to allow her travel to self-report to a Bureau of Prison facility on or about December 1, 2022.

**FURTHER ORDERS** the Defendant Leticia Vilhena Ferreira to retain her passport after serving her 14-days prison sentence.

**SO ORDERED**.

November     , 2022.

_____
Tanya S. Chutkin
U.S. District Court Judge for the
District of Columbia