PROB 12A-DC
(Rev. 11/10)



# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA PROBATION OFFICE

BRIAN D. SHAFFER ● CHIEF UNITED STATES PROBATION OFFICER
E. BARRETT PRETTYMAN U.S. COURTHOUSE ● 333 CONSTITUTION AVENUE, N.W. ● SUITE 2214
WASHINGTON, D.C. 20001-2866 ● TELEPHONE (202)565-1300

## U.S. Probation Office Petition
(Permission to Travel Internationally)

| | |
|---|---|
| Sentencing Judge: | Tanya S. Chutkan<br>United States District Judge |
| Date: | 1/12/2023 |
| Name of Offender: | FERREIRA, Leticia Vilhena |
| Docket Number: | 1:22CR00210-001 (Sealed) |
| Offense: | Parading, Demonstrating, or Picketing in a Capitol Building, 40 USC § 5104 (e)(2)(G) |
| Original Sentence: | 10/06/2022: 14 days imprisonment, 36 months probation, $10.00 special assessment, $500.00 restitution. Special condition(s) as follows:<br><br>• pay restitution at a rate of no less than $50.00 per month<br>• 60 hours of community service within 12 months<br>• firearms restriction |
| Supervision Began: | 10/06/2022 |
| Supervision Expires: | 10/05/2025 |

On January 1, 2023, Your Honor granted Ms. Ferreira permission to travel to Brazil to renew her visa from January 5, 2023, through January 17, 2023. Her appointments with the U.S. Consulate were changed to January 19, 2023, and January 20, 2023; therefore, she needs to extend her stay until February 4, 2023.

**FERREIRA, Leticia Vilhena**
**Docket No: 1:22CR00210-001**
**Page 2**

**Recommendation:** Approve Ms. Ferreira to remain in Brazil until February 4, 2023.

By: _____
Oscar A. Maravilla                     Date
United States Probation Officer
(202) 565-1321

*2023.01.12 13:30:03 -05'00'*

Approved by: _____
Shawn A Suber, Supervisory            Date
United States Probation Officer
(202) 565-1333

*2023.01.12 13:29:14 -05'00'*

I declare under penalty of perjury that the foregoing is true and correct.

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. FERREIRA, Leticia Vilhena          Docket No.: 1:22CR00210-001

The Court may enter a minute order for any of the following options:

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☒ Concurs with the recommendation of the Probation Office to ***"approve Ms. Ferreira to remain in Brazil until February 4, 2023."***

2. ☐ No action

3. ☐ Issuance of a warrant and enter into NCIC and schedule a hearing upon execution

4. ☐ Issuance of a summons and schedule a hearing

5. ☐ Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐ Other _____

*Tanya S. Chutkan*
_____
Tanya S. Chutkan
United States District Judge

1/13/2023
_____
Date