PROB 12A-DC
(Rev. 11/10)



# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA PROBATION OFFICE

BRIAN D. SHAFFER ● CHIEF UNITED STATES PROBATION OFFICER
E. BARRETT PRETTYMAN U.S. COURTHOUSE ● 333 CONSTITUTION AVENUE, N.W. ● SUITE 2214
WASHINGTON, D.C. 20001-2866 ● TELEPHONE (202)565-1300

## U.S. Probation Office Petition
(Permission to Travel Internationally)

| | |
|---|---|
| Sentencing Judge: | Tanya S. Chutkan<br>United States District Judge |
| Date: | 2/27/2023 |
| Name of Offender: | FERREIRA, Leticia Vilhena |
| Docket Number: | 1:22CR00210-001 (Sealed) |
| Offense: | Parading, Demonstrating, or Picketing in a Capitol Building, 40 USC § 5104 (e)(2)(G) |
| Original Sentence: | 10/06/2022: 14 days imprisonment, 36 months probation, $10.00 special assessment, $500.00 restitution. Special condition(s) as follows:<br><br>• pay restitution at a rate of no less than $50.00 per month<br>• 60 hours of community service within 12 months<br>• firearms restriction |
| Supervision Began: | 10/06/2022 |
| Supervision Expires: | 10/05/2025 |

Reference made to the probation petition submitted on January 12, 2023 *(Document No. 55)*. To date, Ms. Ferreira has not received a response from the United States Consulate regarding her visa; therefore, she is still in Brazil. She has maintained weekly contact with the Probation Office to provide updates on her visa status.

**Recommendation:** Allow Ms. Ferreira to remain in Brazil until her visa is approved.

**FERREIRA, Leticia Vilhena**
**Docket No: 1:22CR00210-001**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

By: *Oscar A. Maravilla*   2023.02.27 12:26:49 -05'00'
_____
Oscar A. Maravilla                    Date
United States Probation Officer
(202) 565-1321

Approved by: *SLA Sul*   2023.02.27 17:50:00 -05'00'
_____
Shawn A Suber, Supervisory            Date
United States Probation Officer
(202) 565-1333

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. FERREIRA, Leticia Vilhena  　　　　　　　　Docket No.: 1:22CR00210-001

The Court may enter a minute order for any of the following options:

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☒ Concurs with the recommendation of the Probation Office to *"allow Ms. Ferreira to remain in Brazil until her visa is approved."*

2. ☐ No action

3. ☐ Issuance of a warrant and enter into NCIC and schedule a hearing upon execution

4. ☐ Issuance of a summons and schedule a hearing

5. ☐ Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐ Other _____

_Tanya S. Chutkan_
Tanya S. Chutkan
United States District Judge

3/2/23
Date